181 F.3d 1205 (11th Cir. 1999)
 UNITED STATES of America, Plaintiff-Appellee,
v.
J.W. MOORE; James Moore, a.k.a. "Buster"; Francis Williams, Defendants-Appellants.
United States of America, Plaintiff-Appellee,
v.
Arlutha W. Smiley, Defendant-Appellant.
United States of America, Plaintiff-Appellee,
v.
Rosa Mae Smiley Williams, Defendant-Appellant.
 Nos. 94-7047, 94-7051 and 94-7055.
 United States Court of Appeals, Eleventh Circuit.
 July 8, 1999.
 
 Appeal from the United States District Court for the Middle District of Alabama (No. CR-93-310-N); Ira DeMent, Judge.
 Before EDMONDSON and BIRCH, Circuit Judges, and MORAN* Senior District Judge.
 Prior Report: 168 F.3d 1234
 PER CURIAM:
 
 
 1
 The petition(s) for rehearing filed by appellants FRANCIS WILLIAMS, ARLUTHA W. SMILEY, and ROSA MAE WILLIAMS are DENIED.
 
 
 2
 Footnote 2 in the original opinion, however, is stricken altogether and this language is put in its place as the new footnote 2:
 
 
 3
 The evidence is detailed in Section III, addressing appellants' claims about multiple conspiracies, and in Section VI, where appellants' sentencing claims are addressed.
 
 
 
 Note:
 
 
 *
 Honorable James B. Moran, Senior United States District Judge for the Northern District of Illinois, sitting by designation.